Rel: September 13, 2024

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**. Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0650), of any typographical or other errors, in order that corrections may be made before the opinion is printed in **Southern Reporter**.

# SUPREME COURT OF ALABAMA

## SPECIAL TERM, 2024

―――――――――――――――――

## SC-2024-0089

―――――――――――――――――

## Ex parte E.C.

## PETITION FOR WRIT OF CERTIORARI
## TO THE COURT OF CIVIL APPEALS

## (In re: C.C.

## v.

## L.B. and S.B.)

## (Madison Juvenile Court: JU-21-73.01 and JU-21-73.02;
## Court of Civil Appeals: CL-2023-0189)

STEWART, Justice.

WRIT DENIED. NO OPINION.

Shaw, Wise, Bryan, Sellers, Mendheim, Mitchell, and Cook, JJ., concur.

Parker, C.J., dissents, with opinion.

PARKER, Chief Justice (dissenting).

I respectfully dissent. See Ex parte J.R., [Ms. SC-2024-0095, Sept. 13, 2024] ___ So. 3d ___, ____ (Ala. 2024) (Parker, C.J., concurring specially) (arguing that the best-interest-of-the-child standard is no substitute for the constitutional protections of parental rights).